# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RENEE ELIZABETH STANBERRY (2), <br><br> Defendant. | Case No. 17-CR-0600-BAS <br><br> **JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss the indictment without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Renee Elizabeth Stanberry.

**IT IS SO ORDERED.**

Dated: August 17, 2017

Cynthia Bashant
United States District Judge